JACOB CLARK, ESQ.
Nevada State Bar No. 15196
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9344
Facsimile: (702) 255-2858
Email: jclark@gordonrees.com

*Attorneys for Defendants,*
*MCCARTHY, BURGESS & WOLFF, INC. &*
*CROWN ASSET MANAGEMENT, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Thomas Bodovinac, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>McCarthy, Burgess & Wolff, Inc., Crown Asset Management, LLC<br><br>and John Does 1-25,<br><br>Defendant(s). | CASE No. 2:20-cv-02211-JAD-EJY<br><br>**DEFENDANT CROWN ASSET MANAGEMENT, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

COMES NOW, Defendants McCARTHY, BURGESS & WOLFF, INC. ("MB&W") and CROWN ASSET MANAGEMENT, LLC ("Crown"), by and through the undersigned counsel, and moves this Honorable Court on consent of Plaintiff to extend the time in which to file their responses to Plaintiff's Complaint to March 1, 2021. MB&W's responsive pleading was originally due on January 21, 2021. Crown's responsive pleading was originally due on February 11, 2021. Gordon & Rees was recently retained to defend both Crown and MB&W in this action

and therefore respectfully seeks this extension. Plaintiff's counsel consents to this request.

DATED this 24<u>th</u> day of February 2021.

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Jacob Clark*
JACOB CLARK, ESQ.
Nevada State Bar No. 15196
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendants,
MCCARTHY, BURGESS & WOLFF, INC. &
CROWN ASSET MANAGEMENT, LLC***

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  February 24, 2021

-2-