AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Thomas Bodovinac,

                Plaintiff,

v.

McCarthy, Burgess & Wolff, Inc., et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02211-JAD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendants against Plaintiff.

1/19/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk